**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LUIS ROSENDO SAHAGUN-MICHEL,

Petitioner,

v. No. 2:26-cv-00223-DHU-JFR

TODD M. LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; JOEL GARCIA, in his official capacity as Field Office Director of the ICE El Paso Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; PAMELA JO BONDI, in her official capacity as Attorney General of the United States; and DORA CASTRO, in her official capacity as Warden of the Otero County Processing Center,

Respondents.

**ORDER GRANTING RESPONDENTS' MOTION TO DISMISS**

THIS MATTER comes before the Court on Respondents' Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus ("Motion") (Doc. 11) and Petitioner's Non-Opposition to Respondents' Motion ("Non-Opposition") (Doc. 12). As grounds for the Motion, Respondents state that: 1) on February 1, 2026, Petitioner filed a Petition for Writ of Habeas Corpus; 2) on February 13, 2026, Petitioner filed a Motion for Temporary Restraining Order and Motion for Preliminary Injunction; 3) on February 19, 2026, this Court granted Petitioner's Motion for Temporary Restraining Order in part, prohibiting Petitioner's transfer outside of the State of New Mexico, and ordering Respondents to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days; and 4) on February 23, 2026, Respondents provided Petitioner with a bond hearing, where an Immigration Judge granted his release under a bond of

$1,500.00 and Alternatives to Detention ("ATD"). Doc. 11 at 1-2. Respondents further submit that, "because Petitioner has been granted a portion of his prayers," his Petition is now moot. *Id.* at 2.

Petitioner submits that "he does not oppose Respondents' Motion to Dismiss" and that he "respectfully requests that the Court grant [the] Motion." Doc. 12 at 1.

Having reviewed the Motion, and noting Petitioner's Non-Opposition, the Court finds that Respondents' Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that Respondents' Motion to Dismiss (Doc. 11) is **GRANTED**, and Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED AS MOOT**.

**IT IS SO ORDERED.**



HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE